UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FRANK J. MINIGAN, JR.,

                Petitioner,

    v.                                          ORDER
                                                     01-CV-026

EDWARD R. DONNELLY, et al.,

                Respondent.

---

      This case was referred to Magistrate Judge Victor E. Bianchini pursuant to 28 U.S.C. § 636(b)(1).  On January 18, 2001, plaintiff filed a motion for a writ of habeas corpus.  On February 16, 2007, Magistrate Judge Bianchini filed a Report and Recommendation, recommending that the petition for a writ of habeas corpus be denied.

      Petitioner filed objections to the Report and Recommendation on March 29, 2007.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a de novo determination of those portions of the Report and Recommendation to which objections have been made.  Upon a de novo review of the Report and Recommendation, and after reviewing the submissions, the Court adopts the proposed findings of the Report and Recommendation.

1

Accordingly, for the reasons set forth in Magistrate Judge Bianchini's Report and Recommendation, the petition for a writ of habeas corpus is dismissed. The Clerk of Court is directed to take all steps necessary to close the case.

The Court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right and therefore denies his motion for a certificate of appealability. 28 U.S.C. § 2253(c)(2).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment would not be taken in good faith, and therefore denies leave to appeal *in forma pauperis*. Further requests to proceed on appeal *in forma pauperis* must be filed with the United States Court of Appeals for the Second Circuit in accordance with the requirements of Rule 24 of the Federal Rules of Appellate Procedure.

SO ORDERED.

                                        s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED: March 30, 2007